

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Estate of Terrance Stephen Daniels, Deceased

No. 06-18-00049-CV

Appeal from the County Court of Morris County, Texas (Tr. Ct. No. 5531). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and remand the cause for further proceedings.

We further order that the appellee pay all costs of this appeal.

RENDERED APRIL 11, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk